IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND LAZENIA LINEBERGER, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES R. McALLISTER,<br><br>    Defendant. | CIVIL ACTION NO. 06-1585<br><br>CHIEF JUDGE AMBROSE<br><br>ELECTRONICALLY FILED |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and in recognition of Defendant's status of being under the protection of the bankruptcy statutes in this District, it is hereby stipulated that the above-captioned case be dismissed without prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
PA ID No. 30440

Counsel for Plaintiffs

**ORDER**

AND NOW, to wit, this __27th__ day of __Aug__, 2007, it is so ORDERED.

_Donetta W. Ambrose_
CHIEF UNITED STATES DISTRICT JUDGE